United States District Court
Southern District of Texas
**ENTERED**
October 20, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID JOHNSON, <br> JENNIFER JOHNSON | § § § § | |
| VS. | § § | CIVIL ACTION NO: 4:20-cv-2362 |
| ASI LLOYDS | § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, CAME TO BE CONSIDERED, Parties' Agreed Motion to Dismiss with Prejudice. Having considered the agreed motion based upon a confidential settlement entered between DAVID JOHNSON and JENNIFER JOHNSON ("Plaintiffs"), and ASI LLOYDS ("Defendant"), the Court thereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiffs against Defendant.

IT IS FURTHER ORDERED that each Party shall bear their/its own respective costs and attorneys' fees.

SIGNED THIS __19__ day of ____Oct____, 2020.

By: _____
PRESIDING JUDGE

**Agreed as to Form and Substance:**
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

/s/ LaDonna G. Schexnyder
_____
LaDonna G. Schexnyder

State Bar No. 24072938
Federal Bar No. 1096795
9311 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70810
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail: lschexnyder@lawla.com
**ATTORNEY FOR DEFENDANT,
ASI LLOYDS**

AND

_____
Jesse S. Corona
Texas Bar No. 24082184
Southern District Bar No. 2239270
THE CORONA LAW FIRM, PLLC
12807 Haynes Road, Bldg. E
Houston, Texas 77066
P: 281.882.3531
F: 713.678.0613
jesse@thecoronalawfirm.com
**ATTORNEYS FOR PLAINTIFFS,
DAVID JOHNSON and JENNIFER JOHNSON**